# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-503-DCK

| | |
|---|---|
| AURORA OLSHAUSEN MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STANDARD INSURANCY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, W. O. Brazil, III, filed a "Report Of Mediator" (Document No. 10) notifying the Court that the parties reached a settlement on April 11, 2016. The Court commends the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **May 11, 2016**.

**SO ORDERED**.

Signed: April 11, 2016

David C. Keesler
United States Magistrate Judge